# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES A. FULLARD, SR. | : |
|    Petitioner | : |
| v | :   Civil Action No. CCB-06-2827 |
| WARDEN | : |
|    Respondent | : |

o0o

## MEMORANDUM

The above-captioned case was opened upon receipt of petitioner's pro se pleading entitled "Depositions Before Action or Pending Appeal". Paper No. 1. The pleading has been construed as a petition for writ of mandamus; petitioner has no other case pending in this court and he does not have an appeal pending before the Fourth Circuit.

Petitioner asserts that previous claims he filed in this court were improperly dismissed without a hearing. *Id*. Specifically he claims that the transcript of his guilty plea proceeding in state circuit court was fraudulently altered to reflect that he was agreeing to the guilty plea. *Id*. Petitioner has previously filed this claim in the context of a civil rights complaint as well as a habeas corpus petition.[1] All cases filed were dismissed on the merits.

To the extent that petitioner availed himself of appellate remedies, he has exhausted the only recourse available to have this court's decisions reversed. It is well settled that a petition for writ of mandamus is not a substitute for an appeal. *See In re Catawba Indian Tribe*, 973 F.2d 1133, 1135 (4th Cir.1992). The instant action states no independent federal claim upon which

---

[1] *See Fullard v. Peguese*, Civil Action No. CCB-03-2731 (D. Md. 2003), *Fullard v. Blackston*, Civil Action No. CCB-03-2869 (D. Md. 2003), *Fullard v. Blackston*, Civil Action No. CCB-05-2114 (D. Md. 2005), *Fullard v. Blackston*, Civil Action No. CCB-05-2958 (D. Md. 2005), and *Fullard v. Blackston*, Civil Action No. CCB-06-1369 (D. Md. 2006).

the relief sought may be awarded.

    Accordingly, the case will be dismissed by separate order that follows.

   November 21, 2006                                        /s/
        Date                                           Catherine C. Blake
                                                    United States District Judge